No. 609. NATIONAL LABOR RELATIONS BOARD *v.* LOCAL UNION No. 1229, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS. United States Court of Appeals for

948

the District of Columbia Circuit. Certiorari granted. The motion of Jefferson Standard Broadcasting Company for leave to intervene is denied. *Solicitor General Cummings* and *George J. Bott* for petitioner. *Louis Sherman* and *Philip R. Collins* for respondent.